*December 5, 1939.*

BOYEA, Respondent, vs. BOYEA, Appellant.

For the appellant: *Kaftan, Rahr & Kaftan* of Green Bay.
For the respondent: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.

CODY, Respondent, vs. PERRY, Appellant.

For the appellant: *Erwin F. Nell,* attorney, and *John J. Sullivan* of counsel, both of Milwaukee.
For the respondent: *Joseph Lieberman* of Milwaukee.

*By the Court.*—Judgment affirmed.

CHIPPEWA VALLEY SECURITIES COMPANY, Appellant, vs. CONSUMERS CREDIT CORPORATION, Respondent.

For the appellant: *Larrabee & Larrabee* of Chippewa Falls.
For the respondent: *Merrill R. Farr* of Eau Claire.

*By the Court.*—Judgment affirmed.